UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KARLISS LYTTLE,

      Petitioner,

  v.                                Case No. 06-cv-580-JPG

UNITED STATES OF AMERICA,

      Respondent.

## MEMORANDUM AND ORDER

This matter comes before the Court on petitioner Karliss Lyttle's ("Lyttle") motion for leave to proceed *in forma pauperis* on appeal (Doc. 24).  A federal court may permit a party to proceed on appeal without full pre-payment of fees provided the party is indigent and the appeal is taken in good faith.  28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3).  A frivolous appeal cannot be made in good faith.  *Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2000).  The test for determining if an appeal is in good faith or not frivolous is whether any of the legal points are reasonably arguable on their merits.  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967));  *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

The Court is satisfied from Lyttle's affidavit that he is indigent.  Furthermore, the Court does not believe that this action is frivolous or malicious.  Therefore, the Court **GRANTS** the motion to proceed on appeal *in forma pauperis* without prepayment of fees and costs (Doc. 24).

**IT IS SO ORDERED.**
**DATED:  August 8, 2007**

                                s/ J. Phil Gilbert
                                **J. PHIL GILBERT**
                                **DISTRICT JUDGE**